Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                :
PROFESSIONAL OFFSHORE OPPORTUNITY                               :
FUND, LTD., a company registered under the laws                 :   08 CV 5643
of the British Virgin Islands,                                  :
                                                                :
                    Plaintiff,                                  :   RULE 7.1 STATMENT
                                                                :
    -against-                                                   :
                                                                :
AMEREX GROUP, INC., a Delaware corporation,                     :
                                                                :
                    Defendant.                                  :
                                                                :
-------------------------------------------------------------- x

RECEIVED JUN 23 2008 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE SCHEINDLIN

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Professional Offshore Opportunities Fund, Ltd., a British Virgin Island company, states that it has no corporate parent and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, NY
       June 20, 2008

SULLIVAN & WORCESTER LLP

By: _____
Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000
*Attorneys for Plaintiff Professional Offshore Opportunities Fund, Ltd.*