Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                       :

PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company    :
registered under the laws of the British Virgin       Case No: 08 CV 5643 (SAS)
Islands,                       :

           Plaintiff,            :

    -against-                 :    **AFFIDAVIT OF SERVICE**

AMEREX GROUP, INC., a Delaware
corporation,                    .

          Defendant.           :

-------------------------------------------------------------------- X

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK  )

       1. Richard J. Lombardo, being duly sworn, deposes and says: I am over eighteen years of age, I reside in Kings County, and I am not a party to this action.

       2. On June 24, 2008, I served in the above-captioned action true copies of the Summons and Complaint, the Civil Cover Sheet, plaintiff's Rule 7.1 Statement, the Individual Practices of Judge Shira A. Sheindlin and Judge Kevin Nathaniel Fox, and the Southern District of New York's Electronic Case Filing Rules & Instructions by facsimile and FedEx, pursuant to the notice provision (Section 4.2) of the August 14, 2007 Secured Promissory Note at issue in this litigation, upon defendant Amerex Group Inc. at the 1105 N. Peoria Avenue, Tulsa, Oklahoma 74106, Attention:  Nicholas Malino, facsimile number: 1.918.599.0786.

                                              Richard J. Lombardo

Sworn to before me this
27th day of June 2008

Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 11