Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
PROFESSIONAL OFFSHORE OPPORTUNITY :
FUND, LTD., a company registered under the laws : Case No: 08-CIV-5643 (SAS)
of the British Virgin Islands,
               Plaintiff, :
   -against- : **AFFIDAVIT OF SERVICE**
:
AMEREX GROUP, INC., a Delaware corporation, :
               Defendant. : ECF CASE
:
:
---------------------------------------------------------------- x

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

    1.    Susan Larkin, being duly sworn, deposes and says: I am over eighteen years of age, I reside in Queens County, and I am not a part to this action.

    2.    On July 22, 2008, I served in the above-captioned action true copies of the Order for Initial Pretrial Conference of Judge Shira A. Sheindlin by facsimile and FedEx, pursuant to notice provision (Section 4.2) of the August 14, 2007 Secured Promissory Note at issue in this litigation, upon defendant Amerex Group Inc., at 1105 North Peoria Avenue, Tulsa, Oklahoma 74106, attention: Nicholas Milano, facsimile number: 918.599.0786.

                                                                    *Susan Larkin*
                                                                    Susan Larkin

Sworn to before me
this 22nd day of July 2008

_____
Notary Public

GRETCHEN SILVER
Notary Public, State of New York
No: 02SI6184843
Qualified in Queens County
Commission Expires April 07, 20 12

{N0121525; 1}