Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
PROFESSIONAL OFFSHORE
OPPORTUNITY FUND, LTD., a company       :   08-CIV-5643 (SAS)
registered under the laws of the British Virgin
Islands,                                 :

              Plaintiff,              :       **NOTICE OF**
                                              **MOTION FOR DEFAULT**

   -against-                            :

AMEREX GROUP, INC., a Delaware           :   ECF CASE
corporation,
                                              :

              Defendant.              :

                                              :
------------------------------------------------------------------- x

    **PLEASE TAKE NOTICE THAT** plaintiff Professional Offshore Opportunity Fund, Ltd., by its undersigned counsel, Sullivan & Worcester LLP, moves this Court for entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant Amerex Group, Inc.

    **PLEASE TAKE FURTHER NOTICE THAT** plaintiff submits a memorandum of law and the Declaration of Gretchen S. Silver in support of its motion.

    **PLEASE TAKE FURTHER NOTICE THAT** plaintiff also submits a proposed default judgment.

{N0121486; 1}

**PLEASE TAKE FUTHER NOTICE THAT** plaintiff served this motion by overnight courier on Amerex Group, Inc., to the attention of Nicolas Malino, at 1105 N. Peoria Avenue, Tulsa, Oklahoma 74106.

Dated: New York, New York
       July 24, 2008

SULLIVAN & WORCESTER LLP

By: /s/_____
    Andrew T. Solomon (AS 9200)
    Gretchen S. Silver (GS 1534)
    1290 Avenue of the Americas, 29th Floor
    New York, NY 10104
    (212) 660-3000

*Attorneys for Plaintiff Professional Offshore Opportunities Fund, Ltd.*