Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
PROFESSIONAL OFFSHORE                                                :
OPPORTUNITY FUND, LTD., a company                                    : 08-CIV-5643 (SAS)
registered under the laws of the British Virgin                      :
Islands,                                                             :
                                                                     : **DEFAULT JUDGMENT**
            Plaintiff,                                               :
                                                                     :
    -against-                                                        : ECF CASE
                                                                     :
AMEREX GROUP, INC., a Delaware                                       :
corporation,                                                         :
                                                                     :
            Defendant.                                               :
                                                                     :
-------------------------------------------------------------------- x

**THIS CAUSE**, having been brought before the Court by way of the motion of plaintiff, Professional Offshore Opportunity Fund, Ltd. ("PROOF"), through its counsel Sullivan & Worcester LLP, seeking entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant Amerex Group, Inc. ("Amerex"); the Summons and Complaint having been served on Amerex on June 24, 2008; proof of service on Amerex having been filed on June 27, 2008; PROOF having moved for a default judgment, which motion was served on Amerex, and Amerex having failed to respond to the motion; the Court having considered PROOF's submissions; and for good cause having been shown, it is hereby

{N0121488; 1}

**ORDERED** that PROOF's motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby granted; and it is further

**ORDERED** that default judgment is entered against defendant Amerex Group, Inc. in the amount of $1,577,231.51 as of July 24, 2008 with an additional $867.12 per day thereafter until the judgment is entered. The calculation of the judgment is as follows:

- A. Principal amount due under the Note: $750,000;
- B. Capital Utilization Fees due under the Note: $75,000;
- C. Post-default interest on the Principal and Capital Utilization Fees totaling $825,000 at the rate of 18% per annum from April 30, 2008: $406.85 per day until the date of judgment, or $34,582.19 as of July 24, 2008;
- D. Amount due for defendant's share repurchase obligation: $700,000;
- E. Interest on the amount owed for the repurchase of the shares at the default rate of 2% per month from June 20, 208 to the date of judgment: $460.27 per day until the date of judgment, or $15,649.32 as of July 24, 2008;
- F. Attorneys' fees and costs of this lawsuit and collection: $2,000.

**ORDERED** this judgment will bear interest at the judgment rate for the date of entry until paid; and it is further

**ORDERED** that PROOF shall serve a copy of this judgment on Amerex at 1105 N. Peoria Avenue, Tulsa, Oklahoma 74106 and by facsimile at 918-599-0786 no later than seven days following receipt of the judgment by PROOF's counsel.

Dated: New York, New York
       Aug 26, 2008

THE HONORABLE SHIRA A. SCHEINDLIN
United States District Judge