Andrew T. Solomon (AS 9200)
Gretchen S. Silver (GS 1534)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Fl.
New York, NY 10104
(212) 660-3000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
PROFESSIONAL OFFSHORE                                          :
OPPORTUNITY FUND, LTD., a company                              : Case No: 08-CIV-5643 (SAS)
registered under the laws of the British Virgin                :
Islands,                                                       :
        Plaintiff,                                           : **AFFIDAVIT OF SERVICE**
    -against-                                                 :
                                                               :
AMEREX GROUP, INC., a Delaware                                 : ECF CASE
corporation,                                                   :
        Defendant.                                           :
-------------------------------------------------------------- x

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

    1.    Susan Larkin, being duly sworn, deposes and says: I am over eighteen years of age, I reside in Queens County, and I am not a part to this action.

    2.    On August 27, 2008, I served in the above-captioned action true copies of the Default Judgment and Restraining Notice by facsimile and FedEx, pursuant to notice provision (Section 4.2) of the August 14, 2007 Secured Promissory Note at issue in this litigation, upon defendant Amerex Group Inc., at 1105 N. Peoria Avenue, Tulsa, Oklahoma 74106, attention: Nicholas Milano, facsimile number: 918.599.0786.

                                                          _____
                                                          **Susan Larkin**

Sworn to before me
this 27 day of August 2008

_____
Notary Public

MICHELE THOMPSON
Notary Public, State of New York
No. 30-4827374
Qualified in Nassau County
Commission Expires December 31, 20 10

{N0124226; 1}